Devin Sreecharana, Esq. (SBN 029057)
Andrew S. Lishko (SBN 033136)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 N. Central Ave., Suite 1600
Phoenix, Arizona 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: devin@maypotenza.com
       alishko@maypotenza.com

*Attorneys for Defendant, NEXA Mortgage, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristine Wake,<br><br>                         Plaintiff,<br><br>v.<br><br>Nexa Mortgage, LLC, an Arizona limited liability company; Michael Kortas, an individual<br><br>                         Defendants. | Case No.: 2:25-cv-02954-SMB<br><br>**JOINT STATUS REPORT**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

Pursuant to this Court's Order (Doc. 9), Plaintiff Kristine Wake ("Plaintiff" or "Wake") and Defendant NEXA Mortgage, LLC ("NEXA"), whom are hereinafter collectively referred to as the "Parties," hereby submit this Joint Status Report regarding the status of arbitration.[1]

**I.     Status of Arbitration**

Following the Court's order approving the Parties' Stipulation (Doc. 9), Plaintiff initiated arbitration before JAMS. On October 31, 2025, NEXA, through counsel, accepted service of the Demand for Arbitration. On November 14, 2025, NEXA provided its Response to the Demand for Arbitration and Statement of Affirmative Defenses.

On January 16, 2026, JAMS issued its Notice of Intent to Initiate Arbitration.

---

[1] Defendant Michael Kortas has not been served nor appeared in this action. He has appeared in the arbitration action.

Thereafter, the Parties fully briefed a dispute over the sharing of the costs of arbitration. A decision from JAMS on the cost sharing is pending. Depending on JAMS's determination, Plaintiff may seek further relief from this Court regarding the validity and enforceability of the arbitration provision and/or whether the matter may proceed in court rather than arbitration. NEXA reserves all rights to object to the same. Following the determination on the cost-sharing issue, the Parties will proceed with selecting an arbitrator and creating a schedule.

## II.     Expected Timeline

The Parties anticipate having an arbitrator selected and arriving at a schedule in the next month or so, and will apprise the Court of the anticipated arbitration hearing date with the next Status Report.

## III.    Future Status Reports

Pursuant to this Court's Order (Doc. 9), the Parties will provide a status report in four months, by June 9, 2026.

RESPECTFULLY SUBMITTED this 9th day of February 2026.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Andrew S. Lishko*
    Devin Sreecharana, Esq.
    Andrew S. Lishko, Esq.
    *Attorneys for Defendant NEXA Mortgage, LLC*

**SHIELDS PETITTI & ZOLDAN, PLC**

By: */s/ Michael Zoldan (with permission)*
    Michael Zoldan
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Michael D. Zoldan
**SHIELDS PETITTI & ZOLDAN, PLC**
5090 N. 40th Street, Suite 207
Phoenix, Arizona 85018
mdz@shieldspetitti.com
*Attorneys for Plaintiff*

/s/ Elena Cordero